867

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM F. GOODRIDGE, Appellant.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.

■ In the Matter of the Claim of JOSEPH RUDDY, Respondent, v. AGWAY, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Greenblott and Sweeney, JJ., concur.